IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>MARK L. HIETBRINK,<br><br>       Defendant. | 4:03CR3088<br><br>**MEMORANDUM AND ORDER** |

Upon review of the defendant's evaluation and the allegations within the Petition and Amended Petition herein (Filing Nos. 71 and 84), the court finds the defendant's release would pose an unreasonable risk of flight and risk of danger to the community, and these risks will not be sufficiently ameliorated by the defendant's proposed release proposal. Accordingly,

IT IS ORDERED that defendant's motion to review detention, (Filing No. 85), is denied without a hearing.

July 15, 2013.

                                                              BY THE COURT:

                                                              *s/ Cheryl R. Zwart*
                                                              United States Magistrate Judge